IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES ANTHONY WARREN, #1334008, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:08-CV-1228-N |
| | ) | |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge filed findings, conclusions and a recommendation in this case on November 10, 2008. Plaintiff/Petitioner filed objections. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES Petitioner's motion for new trial or for amendment of judgment (docket #13).

SO ORDERED.

Signed January 12, 2009.

_____
David C. Godbey
United States District Judge